```
                                        IT IS HEREBY ADJUDGED
                                        and DECREED this is SO
                                        ORDERED.
```

**TIFFANY & BOSCO** P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: October 20, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18147/2000209536

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Widad Mansour<br>        Debtor.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley IXIS Real Estate Capital Trust 2006-2<br>        Movant,<br>  vs.<br>Widad Mansour, Debtor, Lothar Goernitz, Trustee.<br>        Respondents. | No. 2:09-bk-15995-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #23) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 5, 2006 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Morgan Stanley IXIS Real Estate Capital Trust 2006-2 is the current beneficiary and Widad Mansour has an interest in, further described as:

> LOT 37 OF ROGERS RANCH UNIT 4 ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA RECORDED INBOOK 680 OF MAPS, PAGE 24, AND AFFIDAVIT OF CORRECTION RECORDED AS 2004-471401 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED AS 2004-1084484 OF OFFICIAL RECORDS

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT